RECEIVED
APR 21 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HEIDI FOREMAN** | :DOCKET NO. 6:17-cv-0296 |
| VS. | :JUDGE DOHERTY |
| **CIRCLE K CONVENIENCE STORES, INC.** | :MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct. Accordingly;

**IT IS ORDERED** that the Motion to Remand [rec. doc. 8] is **DENIED**. Accordingly, this lawsuit shall remain pending in this Court for further proceedings.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 21st day of April, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE