UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| HEIDI FOREMAN | CIVIL ACTION NO. 6:17-CV-0296 |
| VERSUS | JUDGE ROBERT G. JAMES |
| CIRCLE K CONVENIENCE STORES, INC., ET AL. | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation (Rec. Doc. 33) is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the motion for summary judgment (Rec. Doc. 24), filed by the defendant, Circle K Stores, Inc. is hereby **GRANTED** and the plaintiff Heidi Foreman's claims are hereby **DISMISSED WITH PREJUDICE** consistent with the report and recommendation.

Signed at Monroe, Louisiana, this 21st day of June, 2018.

_/s/ Robert G. James_
**ROBERT G. JAMES**
**UNITED STATES DISTRICT JUDGE**